Robert D. Wilkinson
#100478

**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE (559) 432-5400
TELECOPIER (559) 432-5620

Attorneys for      Defendant COMMUNITY MEDICAL CENTERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHASSAN SIMON BASHIR,<br><br>             Plaintiff,<br><br>    v.<br><br>SAINT AGNES MEDICAL CENTER,<br>COMMUNITY MEDICAL CENTERS,<br><br>             Defendants. | Case No. 1:05-CF-01575-FCS-LJO<br><br>STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER<br><br>(Local Rule 6-144(a)) |

WHEREAS, Defendant COMMUNITY MEDICAL CENTERS was served with a Summons and Complaint in this matter on April 13, 2006, and its response to the Complaint is currently due to be filed and served on May 3, 2006; and,

WHEREAS, Defendant COMMUNITY MEDICAL CENTERS has retained Robert D. Wilkinson and the law firm of Baker, Manock & Jensen to defend it in this action; and,

WHEREAS, the Plaintiff, GHASSAN SIMON BACHIR, is in the process of retaining counsel to represent him in this matter and has been advised that the Complaint should be amended; and,

WHEREAS, the Scheduling Conference previously set for May 3, 2006, has been vacated and a Status Conference has been set for June 8, 2006, at 8:30 a.m., in Courtroom 8 before the Honorable Lawrence J. O'Neill, U.S. Magistrate Judge; and,

1  WHEREAS, the parties hereto have not sought nor obtained any extensions of time to respond to the Complaint;

2  THE PARTIES HERETO HEREBY STIPULATE AND AGREE that Defendant COMMUNITY MEDICAL CENTERS shall have a 30-day extension to file and serve a response to the current Complaint, until and including June 3, 2006.  If an amended complaint is permitted to be filed on or before that date, Defendant COMMUNITY MEDICAL CENTERS shall have ten days after service of the amended complaint, or the remaining period covered by this stipulation, whichever is longer, to respond to the amended complaint unless otherwise ordered by the Court.  Defendant COMMUNITY MEDICAL CENTERS' time to respond to the amended complaint, if any, shall be further extended for service, as applicable, under Federal Rule of Civil Procedure, Rule 5(b)(B), (C) and/or (D).

DATED: April 28, 2006.            /s/ Ghassan Simon Bachir
                                  GHASSAN SIMON BACHIR, In Pro Se
                                  Plaintiff

                                  BAKER, MANOCK & JENSEN

DATED: April 28, 2006.            By /s/ Robert D. Wilkinson
                                  Robert D. Wilkinson
                                  Attorneys for Defendant COMMUNITY
                                  MEDICAL CENTERS

ORDER

IT IS SO ORDERED.

**Dated:   May 2, 2006**           /s/ Lawrence J. O'Neill
66h44d                             UNITED STATES MAGISTRATE JUDGE